# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>KENNETH F WALKER<br>AKEISHA N WALKER<br>Debtor(s) | Case No. 08-23155 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/31/2008.

2) The plan was confirmed on 11/10/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 11/10/2008, 02/28/2011, 04/30/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/28/2012, 04/04/2012.

5) The case was completed on 12/27/2014.

6) Number of months from filing to last payment: 76.

7) Number of months case was pending: 71.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $32,205.00.

10) Amount of unsecured claims discharged without payment: $83,341.74.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $128,407.00 |
| Less amount refunded to debtor | $6.90 |
| **NET RECEIPTS:** | **$128,400.10** |

## Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,854.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $6,961.86 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$9,815.86** |

Attorney fees paid and disclosed by debtor:  $646.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACCELERATED REHAB CENTERS | Unsecured | 378.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCE | Unsecured | 0.00 | 3,364.76 | 3,364.76 | 2,801.22 | 0.00 |
| AMERICASH LOANS | Unsecured | 3,713.00 | 2,062.64 | 2,062.64 | 1,717.18 | 0.00 |
| BENEFICIAL ILLINOIS | Secured | 164,850.00 | 168,056.01 | NA | 0.00 | 0.00 |
| BENEFICIAL ILLINOIS | Unsecured | 27,850.00 | 62.15 | NA | 0.00 | 0.00 |
| BENEFIICIAL ILLINOIS INC | Secured | NA | NA | 62.15 | 0.00 | 0.00 |
| CHICAGO PATROLMENS FEDERAL C | Unsecured | 8,151.00 | 8,530.04 | 8,530.04 | 7,101.39 | 0.00 |
| CHICAGO PATROLMENS FEDERAL C | Unsecured | 5,212.00 | 5,320.51 | 5,320.51 | 4,429.41 | 0.00 |
| CHICAGO PATROLMENS FEDERAL C | Unsecured | 5,173.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO PATROLMENS FEDERAL C | Unsecured | 4,547.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO PATROLMENS FEDERAL C | Unsecured | 500.00 | 522.68 | 522.68 | 435.14 | 0.00 |
| CHICAGO PATROLMENS FEDERAL C | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS MEMORIAL HOSPITAL | Unsecured | 1,812.27 | NA | NA | 0.00 | 0.00 |
| CHILDRENS MEMORIAL HOSPITAL | Unsecured | 44.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS PLACE | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| CHRYSLER FINANCIAL SVC AMERIC | Secured | 15,672.00 | 15,745.28 | 15,745.28 | 15,745.28 | 886.16 |
| CHRYSLER FINANCIAL SVC AMERIC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CMMG MEDICAL SPECIALISTS | Unsecured | 238.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 1,095.52 | 1,258.64 | 1,258.64 | 1,047.83 | 0.00 |
| COOK COUNTY TREASURER | Secured | 1,469.52 | 2,134.40 | 542.56 | 542.56 | 0.00 |
| DELL FINANCIAL | Unsecured | 3,085.00 | NA | NA | 0.00 | 0.00 |
| DELL FINANCIAL SERVICES LLC | Unsecured | NA | 1,809.09 | 1,809.09 | 1,506.09 | 0.00 |
| DELL FINANCIAL SERVICES LLC | Unsecured | NA | 3,681.48 | 3,681.48 | 3,064.89 | 0.00 |
| EAST BAY FUNDING | Unsecured | 231.00 | 306.91 | 306.91 | 255.51 | 0.00 |
| EAST BAY FUNDING | Unsecured | 1,245.00 | 1,318.99 | 1,318.99 | 1,098.08 | 0.00 |
| EAST BAY FUNDING | Unsecured | 94.00 | 119.12 | 119.12 | 99.17 | 0.00 |
| EAST BAY FUNDING | Unsecured | 615.00 | 669.91 | 669.91 | 557.71 | 0.00 |
| EAST BAY FUNDING | Unsecured | 257.00 | 254.76 | 254.76 | 212.09 | 0.00 |
| EAST BAY FUNDING | Unsecured | 920.00 | 1,021.54 | 1,021.54 | 850.45 | 0.00 |
| EAST BAY FUNDING | Unsecured | 1,098.00 | 1,098.91 | 1,098.91 | 914.86 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 2,715.00 | 2,715.99 | 2,715.99 | 2,261.11 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ECAST SETTLEMENT CORP | Unsecured | 1,823.00 | 1,901.31 | 1,901.31 | 1,582.87 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 1,133.00 | 1,224.65 | 1,224.65 | 1,019.54 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 798.00 | 893.35 | 893.35 | 743.73 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 730.00 | 824.57 | 824.57 | 686.47 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 1,643.57 | 1,643.57 | 1,643.57 | 1,368.29 | 0.00 |
| EMERGENCY PHYSICIANS OFFICE | Unsecured | 33.37 | NA | NA | 0.00 | 0.00 |
| FDS BANK/BLOOMINGDALES | Unsecured | 719.00 | 763.31 | 763.31 | 635.47 | 0.00 |
| FFCC COLUMBUS INC | Unsecured | 247.00 | NA | NA | 0.00 | 0.00 |
| FIRST RATE FINANCIAL | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT | Secured | 33,586.00 | 41,227.70 | 41,628.70 | 41,628.70 | 4,085.84 |
| FORD MOTOR CREDIT | Unsecured | 7,415.00 | NA | NA | 0.00 | 0.00 |
| GE MONEY BANK | Unsecured | 164.00 | 193.50 | 193.50 | 161.09 | 0.00 |
| HSBC AUTO | Unsecured | 257.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK N | Unsecured | 15,555.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 14,753.53 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 1,175.28 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 1,468.48 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 47.00 | 47.25 | 47.25 | 39.34 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 34.00 | 34.42 | 34.42 | 28.66 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 13,952.68 | 13,952.68 | 11,615.89 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 856.00 | 893.77 | 893.77 | 744.08 | 0.00 |
| LVNV FUNDING | Unsecured | 1,726.00 | 204.34 | 204.34 | 170.12 | 0.00 |
| MACYS RETAIL HOLDINGS | Unsecured | 998.00 | 1,048.49 | 1,048.49 | 872.89 | 0.00 |
| MERCY HOSPITAL MEDICAL CENTEI | Unsecured | 155.60 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 300.00 | 300.00 | 300.00 | 249.76 | 0.00 |
| NORDSTROM FSB | Unsecured | 3,973.00 | 3,973.53 | 3,973.53 | 3,308.02 | 0.00 |
| NORTHWESTERN MEDICAL FACULT | Unsecured | 1,278.95 | 1,278.95 | 1,278.95 | 1,064.74 | 0.00 |
| NWMFF | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| NWMFF | Unsecured | 126.00 | NA | NA | 0.00 | 0.00 |
| NWMFF | Unsecured | 64.00 | NA | NA | 0.00 | 0.00 |
| NWMFF | Unsecured | 1,214.00 | NA | NA | 0.00 | 0.00 |
| PATHOLOGY CONSULTANTS OF CHO | Unsecured | 49.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 218.00 | 371.11 | 371.11 | 308.96 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 1,612.00 | 1,714.62 | 1,714.62 | 1,427.45 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 150.53 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY PHYSICIANS | Unsecured | 6.00 | NA | NA | 0.00 | 0.00 |
| RESURRECTION HEALTH CARE | Unsecured | 243.60 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITION | Unsecured | NA | 18.35 | 18.35 | 15.28 | 0.00 |
| RJM AQUISITIONS FUNDING | Unsecured | NA | 24.33 | 24.33 | 20.26 | 0.00 |
| RJM AQUISITIONS FUNDING | Unsecured | NA | 22.98 | 22.98 | 19.13 | 0.00 |
| ST JOSEPH HOSPITAL | Unsecured | 830.00 | 830.00 | 830.00 | 690.99 | 0.00 |
| THE PEDIATRIC FACULTY FOUND | Unsecured | 37.70 | NA | NA | 0.00 | 0.00 |
| TNB TARGET | Unsecured | 221.00 | NA | NA | 0.00 | 0.00 |
| VAN RU CREDIT CORPORATION | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL ILLINOIS | Unsecured | 647.00 | 685.32 | 685.32 | 570.54 | 0.00 |
| WEST SUBURBAN HOSPITAL | Unsecured | 220.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $57,373.98 | $57,373.98 | $4,972.00 |
| All Other Secured | $604.71 | $542.56 | $0.00 |
| **TOTAL SECURED:** | **$57,978.69** | **$57,916.54** | **$4,972.00** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$66,900.37** | **$55,695.70** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $9,815.86 |
| Disbursements to Creditors | $118,584.24 |
| | |
| **TOTAL DISBURSEMENTS** : | **$128,400.10** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/06/2014                    By: /s/ Tom Vaughn
                                                  Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**